

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00696-CV

L. Prasad M. **VEMULAPALLI,** M.D. and Cardiovascular Associates of San Antonio, P.A.,
Appellants

v.

Charles **MOORE,** Individually and as Representative of the Estate of Cameron Moore,
Deceased,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18998
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On November 25, 2019, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court